GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
EDITH S. SHEA, State Bar No. 177578
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail:  dmaguire@galtonhelm.com
         eshea@galtonhelm.com

Attorneys for Defendants Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DAVID MORSE, | CASE NO. C 05-01508 SBA ADR |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| ORACLE CORPORATION LONG TERM DISABILITY BENEFITS PLAN, | |
| Defendant. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Real Party in Interest. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5276 / 89672.1

Case No. C 05-01508 SBA ADR
STIPULATION AND [PROPOSED] ORDER

1  Plaintiff David Morse ("Morse") and Defendant Hartford Life and Accident
2  Insurance Company stipulate as follows.

4  The Court has set the following schedule in this case:

6  Hearing on Cross-Motions – February 28, 2006

8  Last Day to Complete Mediation – December 9, 2005

10 The parties seek a two week extension of those dates to allow sufficient time
11 to complete a mediation before preparing motions for summary judgment.  (The
12 parties have not previously requested an extension of the dates scheduled in this
13 action.)  The parties have conferred with the Court appointed mediator and the
14 earliest date on which the mediator and the parties are available for deposition is
15 December 14, 2005, and the parties have scheduled a mediation for that day pending
16 the Court's approval of this stipulation.  The parties seek this two week continuance
17 to allow sufficient time to complete the mediation before preparing motions for
18 summary judgment and to avoid having to prepare the motion over the Christmas
19 holidays, if the mediation does not result in a resolution of the case.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Wherefore, the parties request that the date in this action be continued as
2  follows:

4  Mediation Cut-off from December 9, 2005 to <u>December 23, 2005</u>.

6  Hearing on Cross-Motions from February 28, 2006 to <u>March 14, 2006</u>.

8  DATED: November 22, 2005        LAW OFFICES OF LAURENCE F.
                                   PADWAY
9                                  LAURENCE F. PADWAY
                                   KAREN K. WIND

11                                 By: <u>/s/ Laurence F. Padway</u>
12                                     LAURENCE F. PADWAY
                                   Attorney for Plaintiff David Morse

14 DATED: November 22, 2005        GALTON & HELM LLP
                                   DANIEL W. MAGUIRE
15                                 EDITH S. SHEA

17                                 By: <u>/s/ Edith S. Shea</u>
                                       EDITH S. SHEA
18                                 Attorneys for Defendant Hartford Life and
                                   Accident Insurance Company

20                                 **O R D E R**

22  IT IS SO ORDERED. The Mediation completion date is continued to
23 December 23, 2005 and the Motion hearing date is continued to March 14, 2006.

25 DATED: 12/5/05                   _____
26                                  UNITED STATES DISTRICT COURT
                                    JUDGE