```
 1
 2                    UNITED STATES DISTRICT COURT
 3                   NORTHERN DISTRICT OF CALIFORNIA
 4
    DAVID MORSE,                    )    No. C05-01508 SBA
 5                Plaintiff,        )
                                    )    ORDER DISMISSING ACTION
 6        vs.                       )
                                    )
 7   ORACLE CORPORATION,            )
                                    )
 8                Defendant.        )
                                    )
 9   _____ )
10
11        The Court having been notified of the settlement of
12   this action, and it appearing that no issue remains for the
13   Court's determination,
14        IT IS HEREBY ORDERED THAT this action and all claims
15   asserted herein are DISMISSED.
16
17        IT IS SO ORDERED.
18   DATED: 12/21/05
19                              _____
                                    SAUNDRA BROWN ARMSTRONG
20                                 United States District Judge
```