1  Laurence F. Padway, Esq.
   Karen K. Wind, Esq.
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Tel: (510) 814-0680
4  Fax: (510) 814-0650

5  Attorneys for Plaintiff David Morse

6  GALTON & HELM LLP
   DANIEL W. MAGUIRE, State Bar No. 120002
7  E-Mail:    dmaguire@galtonhelm.com
   EDITH S. SHEA, State Bar No. 177578
8  E-Mail:    eshea@galtonhelm.co,
   500 South Grand Avenue, Suite 1200
9  Los Angeles, California 90071-2624
   Telephone: (213) 629-8800
10 Facsimile: (213) 629-0037

11 Attorneys for Defendants Hartford Life and Accident Insurance Company and
   Oracle Corporation Long Term Disability Benefits Plan
12

13              UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

15

| 16 | DAVID MORSE, | CASE NO. C 05-01508 SBA ADR |
|---|---|---|
| 17 | Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| 18 | vs. | |
| 19 | ORACLE CORPORATION LONG TERM DISABILITY BENEFITS PLAN, | |
| 20 | | |
| 21 | Defendant. | |
| 22 | | |
| 23 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| 24 | | |
| 25 | Real Party in Interest. | |

26 / / /

27 / / /

28 / / /

5276 / 91250.1

Case No. C 05-01508 SBA ADR
STIPULATION FOR DISMISSAL WITH
PREJUDICE; [PROPOSED] ORDER

1  Plaintiff David Morse and Defendants Hartford Life and Accident Insurance
2  Company and the Oracle Corporation Long Term Disability Benefits Plan hereby
3  stipulate, by and through their counsel of record, that the above-referenced case
4  shall be dismissed with prejudice, with the parties to bear their own separate
5  expenses, costs, and attorneys' fees.

DATED: January 3, 2006    LAW OFFICES OF LAURENCE F. PADWAY

By: /s/Laurence F. Padway
       LAURENCE F. PADWAY
Attorney for Plaintiff David Morse

DATED: January 20, 2006   GALTON & HELM LLP
                          DANIEL W. MAGUIRE
                          EDITH S. SHEA

By: /s/ Edith S. Shea
       EDITH S. SHEA
Attorneys for Defendants Hartford Life and Accident Insurance Company and Oracle Long Term Disability Benefits Plan

**O R D E R**

IT IS HEREBY ORDERED.

DATED: _2/9/06     _/s/ Sandra B. Armstrong_____
                   UNITED STATES DISTRICT COURT JUDGE

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800

5276 / 91250.1     2     Case No. C 05-01508 SBA ADR
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER